UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sue. H.,[1]

    Petitioner,

v.

**ORDER GRANTING WRIT OF HABEAS CORPUS AND DISMISSING CASE**
Civil File No. 26-00416 (MJD/ECW)

Donald J. Trump, et al.,

    Defendants.

Rachel M. Engebretson, Engebretson Law Firm, P.A., Counsel for Petitioner.

Ana H. Voss, Trevor Brown, Assistant United States Attorneys, Counsel for Respondents.

The above-entitled matter comes before the Court upon the Petition for Writ of Habeas Corpus filed by Petitioner Sue H. on January 20, 2026 challenging his apprehension and detainment by ICE. (Doc. 1.) On that same date, the Court filed an Order to Show Cause ordering Respondents to file an answer to the petition no later than January 23, 2026 and detailing what was required in the answer. (Doc. 3.)

---

[1] Pursuant to this District's policy in immigration cases, the Court identifies Petitioner only by his first name and last initial.

1

Respondents counsel filed a response on January 23 stating that as of the time of filing, ICE had been unable to provide counsel with the required "affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition."  (Doc. 5 at 1.)  Therefore, although Respondents do not agree with every allegation in the petition, they acknowledge that it currently comprises the entire record before the Court and there does not appear to be a legal or factual basis to oppose the petition.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. Sue H.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **GRANTED**;

2. Respondents must immediately release Petitioner from custody; and

3. Sue H.'s Petition for Writ of Habeas Corpus is **DISMISSED without prejudice.**

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  January 23, 2026                                s/Michael J. Davis
                                                        Michael J. Davis
                                                        United States District Court