# UNITED STATES DISTRICT COURT
## District of Minnesota

Sue Hang,

Petitioner,

v.

Donald J. Trump, Kristi Noem, Todd M. Lyons, Pamela Bondi, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-416 MJD/ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Sue H.'s Petition for Writ of Habeas Corpus [Doc. 1] is **GRANTED.**
2. Respondents must immediately release Petitioner from custody; and
3. Sue H.'s Petition for Writ of Habeas Corpus is **DISMISSED without prejudice.**

Date: 1/24/2026

KATE M. FOGARTY, CLERK